UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SHARON EDWARDS,

             Plaintiff,

   v.

ROCHESTER INSTITUTE OF TECHNOLOGY,
et al.,

             Defendants.
_____

REPORT & RECOMMENDATION

10-CV-6553G

        On June 12, 2015, plaintiff Sharon Edwards ("Edwards") filed a motion to amend (Docket # 111), which the defendants opposed (Docket # 115). Having reviewed the parties' submissions, and oral argument having been conducted on November 3, 2015, for the reasons stated more fully on the record on November 3, 2015, I recommend that the district court deny Edwards's motion to amend (Docket # 111).

**IT IS SO ORDERED.**

                                            /s/ Marian W. Payson
                                            MARIAN W. PAYSON
                                            United States Magistrate Judge

Dated: Rochester, New York
        November 4, 2015

Pursuant to 28 U.S.C. § 636(b)(1), it is hereby

**ORDERED**, that this Report and Recommendation be filed with the Clerk of the Court.

**ANY OBJECTIONS** to this Report and Recommendation must be filed with the Clerk of this Court within fourteen (14) days after receipt of a copy of this Report and Recommendation in accordance with the above statute, Fed. R. Civ. P. 72(b), 6(a) and 6(d) and Local Rule 72(b).

The district court will ordinarily refuse to consider on *de novo* review arguments, case law and/or evidentiary material which could have been, but was not, presented to the magistrate judge in the first instance. *See e.g. Paterson-Leitch Co., Inc. v. Mass. Mun. Wholesale Elec. Co.*, 840 F.2d 985 (1st Cir. 1988).

**Failure to file objections within the specified time or to request an extension of such time waives the right to appeal the District Court's Order.** *Thomas v. Arn*, 474 U.S. 140 (1985); *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15 (2d Cir. 1989); *Wesolek v. Canadair Ltd.*, 838 F.2d 55 (2d Cir. 1988).

The parties are reminded that, pursuant to Rule 72(b) of the Local Rules for the Western District of New York, "written objections . . . shall specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for each objection and shall be supported by legal authority." **Failure to comply with the provisions of Rule 72(b), or with the similar provisions of Rule 72(a) (concerning objections to a Magistrate Judge's Decision and Order), may result in the District Court's refusal to consider the objection.**

Let the Clerk send a copy of this Order and a copy of the Report and Recommendation to the attorneys for the Plaintiff and the Defendant.

**IT IS SO ORDERED.**

                                                                *Marian W. Payson*
                                                              MARIAN W. PAYSON
                                                              United States Magistrate Judge

Dated: Rochester, New York
         November 4, 2015