AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

SHARON EDWARDS,  
*Plaintiff*  
v.  
ROCHESTER INSTITUTE OF TECHNOLOGY  
& DR. DONALD BOYD,  
*Defendant*

) ) ) ) ) )

Civil Action No. 10-CV-6553-FPG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Defendants' Motion for Summary Judgment is GRANTED, and the Amended Complaint is dismissed with prejudice. The Clerk of the Court is directed to enter judgment and to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Frank P. Geraci, Jr. on a motion for summary judgment in favor of the defendants'.

Date: 03/30/2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*